IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **WILLIAM EDGAR RYAN ARNOLD**, | \* |
| Plaintiff, | \* |
| v. | Case No. 5:24-cv-00395-MTT-AGH |
| | \* |
| **Nurse TUCKER, et al.**, | \* |
| Defendants. | |
| _____ | \* |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 22, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 22nd day of January, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk